UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANASTASIA LANG, et al.,

    Plaintiffs,

v.

OAKRIDGE PUBLIC SCHOOLS, et al.,

    Defendants.
_____/

Case No. 1:18-cv-284

HONORABLE PAUL L. MALONEY

## ORDER ADOPTING REPORT AND RECOMMENDATION

Plaintiffs initiated this lawsuit on March 15, 2018. Defendants filed a motion for summary judgment. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on September 27, 2019, recommending that this Court grant the motion and enter judgment in favor of Defendants. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 22) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for Summary Judgment (ECF No. 16) is GRANTED.

**IT IS FURTHER ORDERED** that this action in TERMINATED.

A Judgment will be entered consistent with this Order.

Dated: October 16, 2019                                                   /s/ Paul L. Maloney
                                                                                  Paul L. Maloney
                                                                                  United States District Judge