UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANASTASIA LANG, et al.,

    Plaintiffs,

v.

OAKRIDGE PUBLIC SCHOOLS, et al.,

    Defendants.
_____/

Case No. 1:18-cv-284

HONORABLE PAUL L. MALONEY

## JUDGMENT

In accordance with the Order entered on this date:

**IT IS HEREBY ORDERED** that Judgment is entered in favor of Defendants and against Plaintiffs.

Dated: October 16, 2019

    /s/ Paul L. Maloney
    Paul L. Maloney
    United States District Judge